AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Patrick C. Cotter, in his capacity as Trustee of the Level III Trading Partners, L.P. Litigation Trust <br><br> *Plaintiff(s)* <br> v. <br> John Madden and Amanda Madden <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-1147 "J"(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Madden
105 Schooley Circle
Daphne, AL 36526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick S. Garrity
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Boulevard, Bldg 3
Baton Rouge, LA 70817

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Apr 13 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-1147

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Madden
was received by me on *(date)*  4/13/15   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons on John Madden, 105 Schooley Circle, Daphne, AL 36526 via Certified Mail Return Receipt Requested Tracking #70062760000022069247. Please see attached Return Receipt. Served on 4/17/15

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 23, 2015

*Server's signature*

Samantha J. Chassaing, ACP
*Printed name and title*

Steffes, Vingiello & McKenzie, LLC
13702 Coursey Blvd., Bldg 3
Baton Rouge, LA 70817
*Server's address*

Additional information regarding attempted service, etc:

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Madden
105 Schooley Circle
Daphne, AL 36526

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0000 2206 9247

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

STEFFES, VINGIELLO & McKENZIE, L.L.C.
ATTORNEYS AT LAW
13702 Coursey Blvd • Building 3
Baton Rouge, LA 70817-1370

Attn: Samantha